IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>VARIANT HOLDING COMPANY, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 14-12021 (BLS)<br><br>**Re: Docket No. 1507** |
| In re:<br><br>10301 VISTA APARTMENTS, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 16-10075 (BLS) |
| In re:<br><br>10400 SANDPIPER APARTMENTS, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 16-10076 (BLS) |
| In re:<br><br>11911 PARK TEXAS APARTMENTS, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 16-10077 (BLS) |
| In re:<br><br>1201 OAKS OF BRITTANY<br>APARTMENTS, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 16-10078 (BLS) |
| In re:<br><br>13875 CRANBROOK FOREST<br>APARTMENTS, LLC,<br><br>                Liquidating Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 16-10080 (BLS) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 17103 PINE FOREST APARTMENTS, LLC, | ) | Case No. 16-10081 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 201 ASHTON OAKS APARTMENTS, LLC, | ) | Case No. 16-10082 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 3504 MESA RIDGE APARTMENTS, LLC | ) | Case No. 16-10083 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 4101 POINTE APARTMENTS, LLC | ) | Case No. 16-10084 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 5900 CRYSTAL SPRINGS APARTMENTS, LLC, | ) | Case No. 16-10085 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 667 MAXEY VILLAGE APARTMENTS, LLC, | ) | Case No. 16-10086 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 7170 LAS PALMAS APARTMENTS, LLC, | ) | Case No. 16-10087 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 7600 ROYAL OAKS APARTMENTS, LLC, | ) | Case No. 16-10088 (BLS) |
| | ) | |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BROADMOOR APARTMENTS, LLC, | ) | Case No. 16-10089 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHESAPEAKE APARTMENTS, LLC, | ) | Case No. 16-10090 (BLS) |
| | ) | |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOLLY RIDGE APARTMENTS, LLC, | ) | Case No. 16-10091 (BLS) |
| | ) | |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOLLY TREE APARTMENTS, LLC, | ) | Case No. 16-10092 (BLS) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PINES OF WESTBURY, LTD, | ) | Case No. 16-10094 (BLS) |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRESTON VALLEY APARTMENTS, LLC, | ) | Case No. 16-10095 (BLS) |
| | ) | |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RAVENWOOD HILLS APARTMENTS, LLC | ) | Case No. 16-10096 (BLS) |
| | ) | |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER ROAD TERRACE APARTMENTS, LLC | ) | Case No. 16-10097 (BLS) |
| | ) | |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SANDRIDGE APARTMENTS, LLC, | ) | Case No. 16-10098 (BLS) |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE OAKS AT STONECREST APARTMENTS, LLC, | ) | Case No. 16-10100 (BLS) |
| | ) | |
| | ) | |
|        Liquidating Debtor. | ) | |
| | ) | |

4

## FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Liquidating Debtors") for entry of a final decree (this "Final Decree"), pursuant to section 350 of Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, closing the chapter 11 cases of the Property-Level Debtors; as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article XIII.A of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and other parties in interest; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      The following chapter 11 cases are hereby closed:

| Debtor: | Case Number: |
| --- | --- |
| 10301 Vista Apartments, LLC | 16-10075 |
| 10400 Sandpiper Apartments, LLC | 16-10076 |
| 11911 Park Texas Apartments, LLC | 16-10077 |
| 1201 Oaks of Brittany Apartments, LLC | 16-10078 |
| 13875 Cranbrook Forest Apartments, LLC | 16-10080 |
| 17103 Pine Forest Apartments, LLC | 16-10081 |
| 201 Ashton Oaks Apartments, LLC | 16-10082 |
| 3504 Mesa Ridge Apartments, LLC | 16-10083 |
| 4101 Pointe Apartments, LLC | 16-10084 |
| 5900 Crystal Springs Apartments, LLC | 16-10085 |
| 667 Maxey Village Apartments, LLC | 16-10086 |
| 7170 Las Palmas Apartments, LLC | 16-10087 |
| 7600 Royal Oaks Apartments, LLC | 16-10088 |
| Broadmoor Apartments, LLC | 16-10089 |
| Chesapeake Apartments, LLC | 16-10090 |
| Holly Ridge Apartments, LLC | 16-10091 |
| Holly Tree Apartments, LLC | 16-10092 |
| Pines of Westbury, Ltd. | 16-10094 |
| Preston Valley Apartments, LLC | 16-10095 |
| Ravenwood Hills Apartments, LLC | 16-10096 |
| River Road Terrace Apartments, LLC | 16-10097 |
| Sandridge Apartments, LLC | 16-10098 |
| The Oaks at Stonecrest Apartments, LLC | 16-10100 |

3.      The Property-Level Debtors shall, on or before 30 days after entry of this Final Decree: (a) pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) file with the Court and serve copies of final post-confirmation reports on the U.S. Trustee.

4.      Nothing herein shall limit the right of any party in interest to seek to reopen the Property-Level Debtors' cases pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 5010, or any other applicable law.

5.      The Property-Level Debtors are authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Final Decree.

DOCS_DE:211756.2 89703/005

6.      Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation and/or enforcement of this Final Decree.

Dated: ___Feb 3___, 2017

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

7